In the Matter of DAVID J. CICCOTTI, Appellant, v STEPHANIE A. THOMPSON, Respondent. (Appeal No. 1.) [929 NYS2d 918]—

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 27 and May 7, 2011 and by the Attorney for the Child on May 9, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.